**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **MUHAMMAD SHABAZZ FARRAKHAN, aka Ernest S. Walker; AL-KAREEM SHADEED; MARCUS X. PRICE; RAMON BARRIENTES; TIMOTHY SCHAAF; CLIFTON BRICENO,** | No. 06-35669 |
| | D.C. No. CV-96-00076-RHW |
| Plaintiffs - Appellants, | |
| v. | **ORDER** |
| **CHRISTINE O. GREGOIRE; SAM REED; HAROLD W. CLARKE; STATE OF WASHINGTON,** | |
| Defendants - Appellees. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.